AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

South Capital Group, Inc.,
*Plaintiff*
v.                                                    Civil Action No.    3:12-00289-TLW

Town of Blythewood; Edwin B. Garrison;
Crescent Hill Partners, LLC;
Crescent Partners SRES, LLC; and
John Does 1 through 10,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice for failure to comply with an order of this court and failure to prosecute pursuant to Rule 41 of the FRCP.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge presiding. The Court having dismissed the action pursuant to FRCP 41.

Date:   July 12, 2013                                  *CLERK OF COURT*

                                                       s/Angie Snipes
                                                       _____
                                                       *Signature of Clerk or Deputy Clerk*